

June 9, 2025

**VIA ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

    Re: <u>D.G. *et al.* v. New York City Department of Education, *et al.*,</u>
      25-cv-002118- JPC

Dear Judge Cronan:

  I am the attorney representing Plaintiffs in the above-referenced matter. I write on behalf of both parties to respectfully request an adjournment of the Initial Pretrial Conference ("IPTC") and a concomitant extension of the deadline to submit the joint letter and case management plan in this matter. We shared Your Honor's order with Defendant's counsel pursuant to Your Honor's directive and conferred regarding the pertinent dates in this matter. Defendants' counsel graciously consents to this request for adjournment and extension.

  Currently, Your Honor's order directs the parties to appear for the IPTC on June 16, 2025 and to file the joint letter and case management plan seven days prior. We respectfully request that the IPTC be adjourned to July 7, 2025 or a date thereafter convenient to the Court, with the deadline for the joint letter and case management plan extended accordingly to allow for further time to discuss any potential amicable resolution of this matter.

  This is the first request for an adjournment of the IPTC and extension of the joint letter and case management plan in this matter.

  Thank you for your consideration of this request.

                Respectfully submitted,

                /s/

                Michele Kule-Korgood
                Attorney for Plaintiffs

cc: John Doody, Esq. (via ECF)

The instant request is granted. The IPTC currently set for June 16, 2025, is rescheduled to July 7, 2025, at 3:00 p.m. The parties shall file the joint letter and case management plan on or before June 30, 2025. The Clerk of Court is respectfully directed to close Docket Number 15.

SO ORDERED.
Date: June 9, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge