UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

D.G. and S.G., individually, and on behalf of E.G.,

    *Plaintiffs,*

    v.

NEW YORK CITY DEPARTMENT OF EDUCATION AND
MELISSA AVILES-RAMOS, in her official capacity as
Chancellor of the New York City Department of Education,

    *Defendants.*
----------------------------------------------------------------X

Case No. 1:25-cv-02118
**ORDER**

IT IS HEREBY ORDERED that the Office of State Review of the New York State Education Department shall provide a certified copy of the administrative record in Office of State Review Appeal No. 24-398 to counsel for Plaintiffs:

    Michele Kule-Korgood, Esq.
    Kule-Korgood and Associates, P.C.
    118-35 Queens Boulevard, 17th floor
    Forest Hills, New York 11375

IT IS FURTHER ORDERED that upon receipt of the certified record from the Office of State Review, Plaintiff's counsel shall provide a copy of such record to counsel for the Defendants, and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

SO ORDERED.

Dated: August 6, 2025
    New York, New York

                                         JOHN P. CRONAN
                                         United States District Judge

The Court grants the instant, unopposed motion to file the Certified Administrative Record under seal. *See* Dkts. 21, 23. The Court finds that the privacy interests in E.G.'s medical and educational records outweigh the public right of access. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006). The Clerk is respectfully directed to close Docket 21.