

# Kule-Korgood
## & ASSOCIATES, PC

September 19, 2025

**VIA ECF**
Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

> The parties' extension request is granted. The deadline to file a joint status letter with the proposed summary-judgment briefing schedule and any evidentiary concerns is due October 3, 2025. The Clerk of Court is respectfully directed to close Docket Number 27.
>
> SO ORDERED.
> Date: September 22, 2025
>
> JOHN P. CRONAN
> United States District Judge

Re: <u>D.G. et al.</u> v. New York City Department of Education, *et al.*,
    25-cv-002118- JPC

Dear Judge Cronan:

    I am the attorney representing Plaintiffs in the above-referenced matter. I write on behalf of both parties to respectfully request a two week extension of time to file the joint status letter containing 1) the proposed briefing schedule and 2) any evidentiary concerns within two weeks of receiving the certified record from the New York State Education Department's Office of State Review.

    We acknowledge receipt of the certified record, which has been provided to opposing counsel in accordance with the Court's directive. However, neither party has yet had a full and adequate opportunity to review the record in its entirety. Currently, Your Honor's order directs that this status letter be filed today. I respectfully apologize to the Court for the delay in communicating the request for the extension. The delay was due to my unexpected absence from the state to care for my elderly mother following her recent hospitalization. I have only just returned during this week.

    This is the first request for an extension of the joint status letter containing 1) the proposed briefing schedule and 2) any evidentiary concerns within two weeks of receiving the certified record from the New York State Education Department's Office of State Review. Accordingly, we respectfully request that this deadline be adjourned to October 3, 2025 or a date thereafter convenient to the Court, to allow for further time for the parties to review the certified record and to discuss any potential amicable resolution of this matter.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Michele Kule-Korgood
Attorney for Plaintiffs

cc: Madison Moore, Esq.

118-35 Queens Boulevard, 17th Floor • Forest Hills, New York 11375
Telephone (718) 261-0181 • Fax (718) 268-2633
www.specialeducationlawny.com