UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

D.G. *et al.*,

Plaintiffs,

-v-

NEW YORK CITY DEPARTMENT OF EDUCATION *et al.*,

Defendants.

-------------------------------------------------------------------X

25 Civ. 2118 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On August 26, 2026, the Court held a conference to discuss the pending cross motions for summary judgment. For the reasons discussed on the record, and as agreed to by the parties, the Court denies the summary judgment motions without prejudice and remands to the State Review Officer to expressly consider all of the evidence bearing on whether Plaintiffs' administrative appeal was timely filed and, if the State Review Officer so finds, the merits of Plaintiffs' appeal. In particular, the State Review Officer should consider and explain the effect, if any, of Plaintiffs' exhibits on timeliness which were attached to their Answer to Cross-Appeal and Reply, R121-126. The Court also finds that a stay is appropriate while the State Review Officer considers these issues. *See Kappel v. Comfort*, 914 F. Supp. 1056, 1058 (S.D.N.Y. 1996). The Clerk of Court is respectfully directed to close Docket Numbers 33, 37, 40, and 47 and to stay this case.

SO ORDERED.

Dated: August 26, 2026
New York, New York

JOHN P. CRONAN
United States District Judge